SANFORD P. SHATZ (State Bar No. 127229)
sps@severson.com
DAVID J. REED (State Bar No. 206338)
djr@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612-6578
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HOANG LE,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: 8:11-CV-00209 AG (MLGx)<br>Hon. Andrew Guilford<br>Ctrm. 10-D<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed: February 4, 2011 |

On June 21, 2011, the Honorable Andrew J. Guilford granted Defendant Bank of America, N.A.'s motion to dismiss Plaintiff Nancy Hoang Le's complaint pursuant to Federal Rule of Civil Procedure, Rules 12(b)(6) and 12(e), for failure to state a claim upon which relief can be granted, and granted Plaintiff twenty-one (21) days leave to file an amended complaint. Plaintiff has failed to file an amended complaint and on the last day to file said amended complaint, Plaintiff filed a request for more time. By an Order dated July 13, 2011, this Court denied plaintiff's request and dismissed the action.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's complaint is dismissed with prejudice due to Plaintiff's failure to file an amended complaint within the time granted by this court. Plaintiff is to recover nothing from Bank of America, N.A.

DATED: July 26, 2011

_____
HONORABLE ANDREW J. GILFORD
UNITED STATES DISTRICT JUDGE